

FILED

MAR 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BONNIE GAIL ARNEL,<br><br>           Defendant.<br>_____/ | ED/CA Case No. 1:05-mj-00233-LJO<br>SD/IL Case No. 05-30020-GPM<br><br>**ORDER FOR REMOVAL OF PRISONER FROM COUNTY JAIL TO VALLEY MEDICAL CENTER** |

   The defendant in the above-captioned action, Bonnie Gail Arnel, came into the custody of the United States Marshal Service on or about March 8, 2006, in Fresno, CA, by virtue of an arrest warrant issued by the Honorable G. Patrick Murphy, Chief Judge of the United States District Court, Southern District of Illinois, East St. Louis Division. The defendant awaits special medical transport from Fresno, CA, to appear for felony charges in that court.

   The defendant suffers from many and serious health problems requiring professional medical monitoring and care, and has been assessed by doctors and nurses at Valley Medical Center confirming these needs. It appearing there are inadequate

1  facilities and professionals at the Fresno County Jail to care
2  for the defendant while she awaits special medical transport, and
3  upon application of Lt. C. Shagera Phipps, #1710, attached hereto
4  as Exhibit A, this Court HEREBY ORDERS that the defendant, Bonnie
5  Gail Arnel, be immediately removed and/or remain in the Valley
6  Medical Center rather than being housed in the Fresno County
7  Jail.  The Sheriff is to permit the absence of the defendant from
8  the Fresno County Jail while continuously confined in the Valley
9  Medical Center, provided, however, that the Sheriff maintain the
10 necessary guards for the safekeeping of the prisoner as provided
11 by California Penal Code § 4011.
12      IT IS SO ORDERED.

14 DATED: March 16, 2006

                                    _____
                                    SANDRA M. SNYDER,
                                    UNITED STATES MAGISTRATE JUDGE

| Name and Address of Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| Attorney for: <br> **SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO** <br> 1100 VAN NESS AVENUE <br> P.O. BOX 1628 <br> FRESNO, CALIFORNIA 93717 | | |
| Plaintiff: <br> **THE PEOPLE OF THE STATE OF CALIFORNIA** | | |
| Defendant: <br> Arnel, Bonnie | | |
| **APPLICATION AND ORDER FOR REMOVAL OF PRISONER FROM COUNTY JAIL TO VALLEY MEDICAL CENTER** | Case Number: | |

1. The Sheriff of Fresno County makes application to the above entitled court for an order for removal of a prisoner, confined in the Fresno County Jail, to the Valley Medical Center as follows:

   a. Prisoner (Name): Arnel, Bonnie

   b. Confinement ordered by: ~~Judge Ed Sarisian~~ Federal Magistrate Judge Susan Snyder

   c. Date of confinement order: March 16, 2006

   d. Charge: 26 USC 7206

   e. Sentence: None

   f. Release date from jail: None

2. The prisoner requires medical or surgical treatment necessitating hospitalization, which cannot be furnished or supplied in the Fresno County Jail, as follows:

   Inmate is 5 feet tall and weighs over 400 pounds and unable to do the bare activities of daily living (ie: personal hygiene)

3. Transfer has been recommended by (Name and title): Dr. Pal Virk, Medical Director

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Fresno, California on (Date): March 16, 2006.

Lt. C. Shagena-Phipps
(Type or print name)

*Lt. C. Shagena Phipps #1710*
(Signature of Deputy Sheriff)

## ORDER

4. The court having considered the foregoing application and oral testimony, it is ordered that the above named prisoner be immediately removed from the Fresno County Jail to the Valley Medical Center in the custody of the Sheriff of Fresno County, and the sheriff is to permit the absence of the prisoner from the Fresno County Jail while continuously confined in the Valley Medical Center, provided, however, that the sheriff shall maintain the necessary guards for the safekeeping of the prisoner as provided by Section 4011 of the Penal Code.

Dated: ................................................

Judge of the Superior Court

APPLICATION AND ORDER
FOR REMOVAL OF PRISONER

**Exhibit A**

TOTAL P.04